**O**
**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| HSBC BANK USA NATIONAL ASSOCIATION,<br><br>           Plaintiff,<br><br>    v.<br><br>WILLIE MAYORA; DOES 1–5, inclusive,<br><br>           Defendants. | Case No. 2:15-cv-00607-ODW(PJW)<br><br>**ORDER REMANDING CASE TO LOS ANGELES COUNTY SUPERIOR COURT** |

On January 27, 2015, Defendant Willie Mayora removed this action from Los Angeles County Superior Court, invoking federal and diversity jurisdiction. (ECF No. 1.) Mayora's removal is improper on numerous grounds. First, the underlying state court action was filed over five months ago. This is well past the thirty-day removal window under 28 U.S.C. § 1446(b). Second, the underlying suit involves only a state law cause of action and Mayora's alleged federal defenses do not create a federal question basis for removal. *See Franchise Tax Bd. v. Construction Laborers Vacation Trust*, 463 U.S. 1, 10 (1983). Third, federal law prohibits removal "if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." 28 U.S.C. § 1441(b)(2). Mayora is a citizen of California and therefore cannot remove his California state court action to federal

court on the basis of diversity.

The Court therefore **REMANDS** this case to Los Angeles County Superior Court, case number 14U10006.  The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

February 5, 2015

_____
         **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**